# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 14-20753
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

May 18, 2015

Lyle W. Cayce
Clerk

MARIE M. YOUNGBLOOD,

Plaintiff-Appellant

v.

FORT BEND INDEPENDENT SCHOOL DISTRICT,

Defendant-Appellee

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:13-CV-1876

Before SMITH, WIENER, and ELROD, Circuit Judges.

PER CURIAM:*

Plaintiff-Appellant Marie M. Youngblood is an African American school teacher with decades of teaching experience, her last before retirement having been as a Spanish teacher at Willow Ridge High School, which was the first time she had ever taught high school students. After Youngblood filed this suit against Defendant-Appellee Fort Bend Independent School District claiming (1) a hostile work environment created by her students and (2) retaliation

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 14-20753

under Title VII for failure to renew her contract, Defendant-Appellee moved for summary judgment, which the district court granted, dismissing Youngblood's action.

After careful consideration of the record on appeal, including the briefs of the parties and the November 13, 2014 Order of the district court in support of its Final Judgment of even date, we are satisfied that the detailed analysis and explanation patiently set forth by the district court in its said Order fully supports its Final Judgment of dismissal.

AFFIRMED.